1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      TEODORO SEVERIANO ALCARZ,                    No.  2:24-cv-0776 AC P

12                    Plaintiff,

13            v.                                      ORDER

14      ANISE ADAMS, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19  required filing fee of $350.00 plus the $55.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

20  1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

21  support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24  support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

25  the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result

26

27  [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
    but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28  required to pay the $55.00 administrative fee.

                                                    1

1 | in a recommendation that this action be dismissed; and

2 |  2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

3 | Forma Pauperis By a Prisoner.

4 | DATED: March 21, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2